# UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: 20 CV 60081 KS

_Maeguerwta Quike_

_____

Plaintiff(s)

v.

_Detective Christopher Smith_

_____

_____

_____

Defendant(s)

_Motion To Show defendant_
_w A served Properly_

(TITLE OF DOCUMENT)

I, _Maeguert Qui_ plaintiff or defendant, in the above styled cause,

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FILED BY _____ D.C.

JUN 08 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Certificate of Service

*Detective Christopher Smith*

I _____, certify that on this date _____ a true copy
of the foregoing document was mailed to: _____

name(s) and address(es)

_____

By: *Maegueirita Quiky* _____

Printed or typed name of Filer          Signature of Filer

Florida Bar Number _____          E-mail address _____

*305 300 7783*

Phone Number _____          Facsimile Number _____

*6821 SW 27 St*

Street Address _____

*MIRAMAR Fl 33023*

City, State, Zip Code _____

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
#### Southern District of Florida

Case Number: 20CV60081AHS

Plaintiff:
**MAEGUERITA QUIRE**

vs.

Defendant:
**DETECTIVE CHRISTOPHER SMITH**

MLS2020001805

For:
Pro Se

Received by 48 HRS PROCESS SERVICES on the 4th day of June, 2020 at 5:27 pm to be served on **DETECTIVE CHRISTOPHER SMITH C/O COUNSEL, MATTHEW T. REMENDA, @ WEISS SEROTA HELFMAN COLE & BIERMAN, 1200 N. FEDERAL HIGHWAY, SUITE 312, BOCA RATON, FL 33432**.

I, MICHAEL GONEDES, do hereby affirm that on the **5th day of June, 2020 at 8:55 am, I:**

**SERVED** a true copy of the **SUMMONS; CIVIL COVER SHEET; CIVIL RIGHT VIOLATION; SERVICE LIST; TABLE OF CONTENTS W/ATTACHMENT** with the date and hour endorsed thereon by me to: **MARK SOLOMON, ESQUIRE** who stated that they are the **LEGAL COUNSEL** for the above-named Defendant. Service was effected at the address of: @ **WEISS SEROTA HELFMAN COLE & BIERMAN, 1200 N. FEDERAL HIGHWAY, SUITE 312, BOCA RATON, FL 33432** .

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: WHITE, Height: 5'10:, Weight: 185, Hair: BALDING, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**MICHAEL GONEDES**
#1980

**48 HRS PROCESS SERVICES**
**89 NW 1ST STREET**
**MIAMI, FL 33128**
**(305) 338-9300**

Our Job Serial Number: MLS-2020001805